COLLINS, Appellant, *v.* VILLAGE OF LITTLE FALLS, Respondent.

(*Supreme Court, General Term, Fourth Department.* February 20, 1891.)

No opinion. Motion to open default denied, unless the appellant shall,. within 10 days, serve a case and exceptions, and pay $10 costs and $2.65 disbursements, in which event the default is opened. See 13 N. Y. Supp. 952, *mem.*

---

*In re* BINGHAMTON TRUST CO.

(*Supreme Court, General Term, Fourth Department.* February 20, 1891.)

No opinion. Application granted, and order filed with and entered by the clerk of Broome county.

---

GARDINIER, Appellant, *v.* OSWEGO CITY SAV. BANK *et al.*, Respondents.

(*Supreme Court, General Term, Fourth Department.* February 20, 1891.)

No opinion. Motion for reargument denied. See 13 N. Y. Supp. 952, *mem.*

---

*In re* CLARK'S ESTATE.

BENNETT, Appellant, *v.* COMSTOCK, Respondent.

(*Supreme Court, General Term, Fourth Department.* February 20, 1891.)

No opinion. Motion denied, with $10 costs. Papers and *per curiam* memorandum filed with the clerk of Broome county.

---

BARTON, Appellant, *v.* STIENBURG, Respondent.

(*Supreme Court, General Term, Fourth Department.* February 20, 1891.)

No opinion. Judgment and order affirmed, with costs.

---

BURRILL, Appellant, *v.* BECKER, Respondent.

(*Supreme Court, General Term, Fourth Department.* February 20, 1891.)

No opinion. Judgment affirmed, with costs.

---

PHŒNIX NAT. BANK, Respondent, *v.* THURBER *et al.*, Appellants.

(*Supreme Court, General Term, Fourth Department.* February 20, 1891.)

No opinion. Interlocutory judgment affirmed, with costs, but with leave to the appellants, on payment of the costs of the demurrer and the costs of this appeal, to withdraw their demurrer and answer within 20 days after a copy of the judgment of this court affirming the judgment of the special term shall have been served. See 11 N. Y. Supp. 873.

---

CULVER, Respondent, *v.* FILKINS, Appellant.

(*Supreme Court, General Term, Fourth Department.* February 20, 1891.)

No opinion. Judgment of the county court of Schuyler county affirmed, with costs.